# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY JERMAIN SUGGS,<br><br>Defendant. | Case No.: 2:05-CR-00319-RCJ-PAL<br><br>**ORDER VACATING COURT ORDER (ECF #59)** |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that Court Order (ECF #59) denying Defendant's Motion to Vacate (ECF #55) is VACATED. The Clerk of the Court shall vacate the order from the docket.

IT IS FURTHER ORDERED that the Emergency Motion for Reconsideration of Order Denying Motion to Vacate Sentence Under 28 U.S.C. § 2255 Pursuant to First Amended General Order 2015-03 (ECF #60) and Supplemental Abridged Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255 (ECF #62) are DENIED as MOOT.

IT IS FURTHER ORDERED that pursuant to the First Amended General Order 2015-03, the Defendant shall file an Abridged Motion to Vacate on or before December 26, 2016.

IT IS SO ORDERED this 21st day of July, 2016.

_____
ROBERT C. JONES
District Judge